UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR 421-0136

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 8 U.S.C. § 1326(a) |
| | ) Re-entry After Removal/Deportation |
| LUIS MANUEL ALVARADO GONDOLA | ) |
| | ) 18 U.S.C. § 2199 |
| | ) Stowaway on Vessel |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Re-entry After Removal/Deportation*
8 U.S.C. § 1326(a)

On or about July 12, 2021, upon the high seas and out of the jurisdiction of any particular State or district, with Chatham County, within the Southern District of Georgia, being the district where the offender was first brought and elsewhere, the defendant,

### LUIS MANUEL ALVARADO GONDOLA,

being an alien previously excluded, deported and removed from the United States, attempted to enter the United States, knowingly and unlawfully, without first having obtained permission for reentry into the United States, prior to his reembarkation at a place outside the United States, as required by law.

All in violation of Title 8, United States Code, Section 1326(a).

## COUNT TWO
*Stowaway on Vessel*
18 U.S.C. § 2199

On or about July 12, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**LUIS MANUEL ALVARADO GONDOLA,**

without the consent of the owner, charterer, master, or person in command of a certain vessel, to wit: the Seamax Fairfield, with the intent to obtain transportation, having boarded, entered, and secreted himself aboard such vessel at a place without the jurisdiction of the United States, to wit: Panama, did remain aboard after such vessel had left such place and was thereon found to be on board such vessel at a place within the jurisdiction of the United States, to wit: Chatham County, Georgia.

All in violation of Title 18, United States Code, Section 2199.

*Signatures on following page*

_____
David H. Estes
Acting United States Attorney

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Joseph P. McCool
Assistant United States Attorney
Co-lead Counsel